UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

Index No. 09-5453

ABERDEEN CLAIMS ADMINISTRATION, INC., TRUSTEE FOR ABERDEEN CLAIMS TRUST AND ABERDEEN CLAIMS TRUST

, Plaintiff(s)

- against -

SATYAM COMPUTER SERVICES LIMITED, B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED, PRICE WATER HOUSE, PRICEWATERHOUSECOOPERS PRIVATE LIMITED, LOVELOCK & LEWES, S. GOPALAKRISHNAN, SRINIVAL TALLURI, ET AL.

, Defendant(s)

State of New York )
                  ) SS.:
County of New York )

AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 11/17/2009 at 12:25 PM at:
   PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED
   300 MADISON AVENUE
   NEW YORK NY 10036
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY TRIAL DEMANDED

on PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED

a domestic and/or foreign corporation
by delivering thereat a true copy to Diane Kohlan
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Executive Assistant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 44   HEIGHT: 5'6''   WEIGHT: 130   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

*Carlos Pichardo*
Carlos Pichardo   Lic. #1273833

SWORN TO BEFORE ME 11/17/09

*Gonzales Yariela*

GONZALES YARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/20__

OUR DOC# 24573
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia PA 19103
215-564-8544