**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABERDEEN CLAIMS ADMINISTRATION, INC.,** ***Trustee for*** **ABERDEEN CLAIMS TRUST** ***and*** **ABERDEEN CLAIMS TRUST II,** | : | |
| ***Plaintiffs,*** | : | |
| **v.** | : | |
| | : | |
| **SATYAM COMPUTER SERVICES LIMITED, B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED, PRICE WATERHOUSE, PRICEWATERHOUSECOOPERS PRIVATE LIMITED, LOVELOCK & LEWES, S. GOPALAKRISHNAN, SRINIVAL TALLURI, MAYTAS INFRA LIMITED, MAYTAS PROPERTIES, BYRRAJU TEJA RAJU,** ***and*** **BYRRAJU RAMA RAJU JR.,** | : | **CIVIL ACTION** **09-5453** |
| ***Defendants.*** | : | |

**ORDER**

AND NOW, this 22nd day of December, 2009, upon consideration of the Conditional Transfer Order of the United States Judicial Panel on Multidistrict Litigation dated December 18, 2009, the proposed Agreed-Upon Scheduling Stipulation submitted by the parties on December 21, 2009, and Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, it is **ORDERED** that this action is **STAYED** for a period of **45 days**. A conference will be held on **February 22, 2010** at **11:00 A.M.** in Courtroom 10-A to determine the status of this action.

/s/ Norma L. Shapiro

J.