**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABERDEEN CLAIMS ADMINISTRATION, INC.,** ***Trustee for*** **ABERDEEN CLAIMS TRUST** ***and*** **ABERDEEN CLAIMS TRUST II,** | : | |
| ***Plaintiffs,*** | : | |
| **v.** | : | |
| **SATYAM COMPUTER SERVICES LIMITED, B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED, PRICE WATERHOUSE, PRICEWATERHOUSECOOPERS PRIVATE LIMITED, LOVELOCK & LEWES, S. GOPALAKRISHNAN, SRINIVAL TALLURI, MAYTAS INFRA LIMITED, MAYTAS PROPERTIES, BYRRAJU TEJA RAJU,** ***and*** **BYRRAJU RAMA RAJU JR.,** | : | **CIVIL ACTION** **09-5453** |
| ***Defendants.*** | : | |

**ORDER**

AND NOW, this 18th day of February, 2010, it appearing that:

a. By Order dated December 22, 2009, a status conference was set for February 22, 2010 at 11:00 a.m. to determine the progress of proceedings before the United States Judicial Panel on Multidistrict Litigation.

b. Briefing on the December 18, 2009 Conditional Transfer Order issued by the Panel is complete.

c. The Panel is not set to hold another hearing session until March 25, 2010.

It is therefore **ORDERED** that the status conference set for February 22, 2010 is **CANCELLED**.

/s/ Norma L. Shapiro

J.