IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABERDEEN CLAIMS ADMINISTRATION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LIMITED, et al. | : | NO. 09-5453 |

**ORDER**

AND NOW, this 1st day of March, 2010, upon consideration of the motion for the admission *pro hac vice* of Stanley J. Parzen, Esq., to appear on behalf of defendant PricewaterhouseCoopers International, Ltd., it is **ORDERED** that said motion (paper no. 18) is **GRANTED**. Stanley J. Parzen, Esq., is admitted to the Bar of this court for the purposes of this case only, provided that counsel comply with Local Rules of Civil Procedure 83.5 and 83.5.2, as amended July 8, 2002.

*/s/ Norma L. Shapiro*
J.