IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABERDEEN CLAIMS ADMINISTRATION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LIMITED, et al. | : | NO. 09-5453 |

**ORDER**

AND NOW, this 8th day of March, 2010, upon consideration of the motion for the admission *pro hac vice* of Laura W. Sawyer, Esq. And Mahesh Venkatakrishnan, Esq., to appear on behalf of defendant Satyam Computer Services, Limited, it is **ORDERED** that said motions (papers nos. 22 and 23) are **GRANTED**. Laura W. Sawyer, Esq. And Mahesh Venkatakrishnan, Esq., are admitted to the Bar of this court for the purposes of this case only, provided that counsel comply with Local Rules of Civil Procedure 83.5 and 83.5.2, as amended July 8, 2002.

*/s/ Norma L. Shapiro*
J.