**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION

(This Document Applies To 10-cv-2877 (BSJ))

**ORAL ARGUMENT REQUESTED**

**MP DEFENDANTS' NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law of the Defendants, B. Rama Raju, Jr., Teja Raju and Maytas Properties Limited (collectively the "MP Defendants"), dated October 22, 2010, upon the Declaration of the MP Defendants' Attorney, Adam Finkel, Esq., dated October 22, 2010, and the Exhibits annexed thereto, and upon all papers, pleadings and proceedings heretofore submitted herein by the MP Defendants and by the co-Defendants in this action and in the Consolidated Class Action, Case No. 09-md-2027, which are incorporated herein by reference, the attorneys for the MP Defendants will move before the United States District Court for the Southern District of New York, Hon. Barbara S. Jones, USDJ, presiding, at the Courthouse located at 500 Pearl Street, Courtroom 17C, New York, New York 10007, at a date and time to be determined by the Court, for an Order to be granted and entered, dismissing all claims in the First Amended Complaint of Aberdeen Claims Administration, Inc. against the MP Defendants with prejudice, and more particularly Counts II, V, VI and VII thereof, pursuant to Federal Rules of Procedure 4, 8, 9, 12(b)(2),

12(b)(3), 12(b)(5), 12(b)(6), on for dismissal on the grounds of *forum non conveniens,* and for dismissal pursuant to the Hague Convention On the Service Abroad Of Judicial And ExtraJudicial Documents in Civil Or Commercial Matters, and for dismissal pursuant to the heightened pleading requirements of the Private Securities Litigation Reform Act ("PSLRA"), and for dismissal with prejudice, of the Plaintiff's action against the MP Defendants, on the grounds that they are precluded/pre-empted, pursuant to Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), and the MP Defendants request such other relief as may seem just and proper in the premises.

**PLEASE TAKE FURTHER NOTICE,** that Answering Papers, if any, shall be served upon the undersigned attorneys by November 12, 2010.

The basis for this Motion is set forth in the accompanying Memorandum of Law, Declaration and attached exhibits; the MP Defendants' previous submissions to the Court in connection with the above-captioned consolidated action; and the co-Defendants' previous submissions to the Court in connection with the above-captioned consolidated action.

Dated: New York, New York
October 22, 2010

**SABHARWAL, NORDIN & FINKEL**

By:__________/s________________

Adam Finkel (AF-1638)
*Attorneys for Defendants*
*B. Rama Raju, Jr., Teja Raju*
*and Maytas Properties, Ltd.*
350 Fifth Avenue, 59th Floor
New York, New York 10118
Tel: (212) 601-2882
Fax: (212) 601-2883
E-mail:adam@snfny.com