UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SATYAM COMPUTER SERVICES, LTD. SECURITIES LITIGATION | 09 MD 2027 (BSJ) (Consolidated Action) |
| This Document Applies to: 10 Civ. 2877 (BSJ) | |

## NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 3, 2011, defendant PricewaterhouseCoopers LLP ("PwC US"), will move this Court, before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a time and date to be set by the Court, for an Order, pursuant to Rules 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, dismissing with prejudice the Second Amended Complaint as against PwC US, and awarding such other relief as the Court may deem just and equitable.

Dated: May 3, 2011

Respectfully submitted,

By: /s/ Michael S. Flynn

Michael P. Carroll
Michael S. Flynn
Gina Caruso
Daniel J. O'Neill
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800
michael.carroll@davispolk.com
michael.flynn@davispolk.com
gina.caruso@davispolk.com
daniel.oneill@davispolk.com

*Attorneys for Defendant PricewaterhouseCoopers LLP*