UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABERDEEN CLAIMS ADMIN., INC., | 1:10-cv-02877-BSJ |
| Plaintiff | STIPULATION OF DISMISSAL AS TO DEFENDANT |
| v. | SATYAM COMPUTER SERVS. LTD. |
| SATYAM COMPUTER SERVS. LTD., et al.. | |
| Defendants | |

Plaintiff, Aberdeen Claims Administration, Inc., and Defendant Satyam Computer Services Ltd. ("Satyam"), by and through their undersigned counsel, hereby STIPULATE and AGREE that the above-captioned action shall be DISMISSED WITHOUT PREJUDICE as to Defendant Satyam.

_____          _____
Stradley, Ronon, Stevens & Young, LLP     Jones Day
Keith R. Dutill                               Jayant W. Tambe
William E. Mahoney, Jr.                       Laura W. Sawyer
Neal R. Troum                                 Mahesh Venkatakrishnan
Joseph T. Kelleher                            Matthew S. Chow
2005 Market Street, Suite 2600                222 East 41st Street
Philadelphia, PA  19103                       New York, NY  10017

*Counsel for Plaintiff,*                      *Counsel for Defendant*
*Aberdeen Claims Administration, Inc.*        *Satyam Computer Services Ltd.*

Dated: 8/1/12                                 Dated: 8/1/2012

SO ORDERED on this _____ day of _____, 2012.

_____
Honorable Barbara S. Jones
United States District Judge