Jones, O

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABERDEEN CLAIMS ADMIN., INC., | 1:10-cv-02877-BSJ |
| Plaintiff | STIPULATION OF DISMISSAL AS TO DEFENDANT |
| v. | SATYAM COMPUTER SERVS. LTD. |
| SATYAM COMPUTER SERVS. LTD., et al.. | |
| Defendants | |

Plaintiff, Aberdeen Claims Administration, Inc., and Defendant Satyam Computer Services Ltd. ("Satyam"), by and through their undersigned counsel, hereby STIPULATE and AGREE that the above-captioned action shall be DISMISSED WITHOUT PREJUDICE as to Defendant Satyam.

Stradley, Ronon, Stevens & Young, LLP
Keith R. Dutill
William E. Mahoney, Jr.
Neal R. Troum
Joseph T. Kelleher
2005 Market Street, Suite 2600
Philadelphia, PA 19103

*Counsel for Plaintiff,*
*Aberdeen Claims Administration, Inc.*

Dated: 8/1/12

Jones Day
Jayant W. Tambe
Laura W. Sawyer
Mahesh Venkatakrishnan
Matthew S. Chow
222 East 41st Street
New York, NY 10017

*Counsel for Defendant*
*Satyam Computer Services Ltd.*

Dated: 8/1/2012

SO ORDERED on this 3rd day of August, 2012.

Honorable Barbara S. Jones
United States District Judge